UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-MJ-01543-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| IBRAHIM BARRIE | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Criminal Complaint, Application, Warrant, any prior docket entries, this Motion to Seal, as well as the Order to Seal, and any subsequent filings in the above-referenced matter, be SEALED until further Order by this Court, except that a certified copy of the order be provided to the Office of the United States Attorney.

SO ORDERED this the 8 day of October, 2013.

HON. JAMES E. GATES
United States Magistrate Judge