UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-293-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| IBRAHIM BARRIE | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number **44** be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

Date: 10/16/2014

THE HONORABLE JAMES C. DEVER
Chief U.S. District Judge