UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-293-D

UNITED STATES OF AMERICA,                    )
Plaintiff,                                   )
                    vs.                      )        ORDER TO SEAL
                                             )
IBRAHIM BARRIE,                              )
                    Defendant.               )

     Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's

Sentencing Memorandum in the above captioned matter, be sealed until such time as

requested to be unsealed by the Defendant.

     This the ___13___ day of February, 2015.

                          _____
                          JAMES C. DEVER, III
                          CHIEF UNITED STATES DISTRICT JUDGE
                          EASTERN DISTRICT OF NORTH CAROLINA